**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MIDWEST SHOOTING CENTER, LLC,**

    **Plaintiff,**

    **v.**                               **Case No. 2:20-cv-1113**

                                           **Magistrate Judge Chelsey M. Vascura**

**CELERANT TECHNOLOGY CORP.,**

    **Defendant.**

## ORDER

In it's Response to Defendant's Motion to Dismiss (ECF No. 11.), Plaintiff moves for dismissal of this action pursuant to Federal Rule of Civil Procedure 41. The Court notes that Defendant has not advanced any counterclaims. Plaintiff's Motion is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. Should Plaintiff re-file this action in this Court, it must identify this action as a related case on the civil cover sheet. The July 8, 2020 Preliminary Pretrial Conference is **VACATED**, and the Clerk is **DIRECTED** to **TERMINATE** ECF No. 8 at **MOOT**.

    **IT IS SO ORDERED**.

                                      /s/ *Chelsey M. Vascura*
                                     CHELSEY M. VASCURA
                                     UNITED STATES MAGISTRATE JUDGE